UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HICKS aka KEVONN TISDALE,<br><br>        Petitioner,<br><br>    v.<br><br>R.K. WONG,<br><br>        Respondent. | Case No. CV 07-00280-CJC (JCR)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein, and the attached Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed within the time allowed. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing the action without prejudice.

///
///
///
///
///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of
2  this Order, the Magistrate Judge's Report and Recommendation, and the Judgment
3  herein on the parties.

7  DATED: July 10, 2008

CORMAC J. CARNEY
United States District Judge