JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HICKS aka KEVONN TISDALE, <br><br> Petitioner, <br><br> v. <br><br> R.K. WONG, <br><br> Respondent. | Case No. CV 07-00280-CJC (JCR) <br><br> JUDGMENT |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 10, 2008

CORMAC J. CARNEY
United States District Judge